## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Oncale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10805-DRH |
| *Mary Jane Petrunich, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12620-DRH |
| *Kris A. Pronske v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12772-DRH |
| *Brianne C. Robey, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11713-DRH |
| *Nicole D. Shideler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11714-DRH |
| *Heather Simmons v. Bayer Corporation, et al.* | No. 09-cv-10221-DRH |
| *SharNiesha C. Turner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10899-DRH |
| *Myria K. Walker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12624-DRH |
| *Monica Wilson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11286-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Caitlin Fischer*
 Deputy Clerk

**Dated:** April 28, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.28
14:44:11 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT